506 A.2d 897

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William J. WRIGHT, Petitioner.**

Supreme Court of Pennsylvania.

March 31, 1986.

## ORDER

PER CURIAM.

AND NOW this 31st day of March 1986, the petitioner's request for allowance of appeal is granted; the order of the Superior Court is vacated, and the case is remanded to the trial court for a determination on the legality of petitioner's remaining sentence.